GULLIKSON et al., Appellants, v. BOVEE et al., Respondents.

(141 N. W. 478.)

**Appeal—No Briefs Filed—Abandonment of Appeal.**

No briefs having been filed by either party, appeal deemed abandoned and judgment affirmed.

(Opinion filed May 6, 1913.)

Appeal from Circuit Court, Meade County. Hon. W. G. Rice, Judge.

Action by Gullik Gullikson and other against Ezra Bovee and others. Judgment for defendants, and plaintiffs appeal. Affirmed.

*John T. Milek,* for Appellants.

*Claud C. Gray,* for Respondents.

McCOY, J. No briefs by either party ever having been filed in this action, the appeal is deemed abandoned and the judgment of the lower court affirmed.

---

In re YANKTON-CLAY COUNTY DRAINAGE DITCH.

FARGO et al., Appellants, v. AASETH et al., Respondents.

(141 N. W. 393.)

1. **Drains—Drainage System—Assessments.**

Under Laws 1907, Chap. 134, Sec. 6, defining benefits accruing under a drainage system, **held,** that lands that will be benefited by laterals are subject to assessment for the main ditch, being an outlet for laterals, whether the latter are provided as part of the system or not.

2. **Drains—Damages for Right of Way—Relevancy of Issue.**

The question of damages for right of way for drainage ditch and to lands outside thereof is not ordinarily one for consideration in connection with establishment or non-establishment of the ditch, though, where cost of proposed drainage system is large in proportion to benefits, it might become material.

3. **Drains—Main Ditch and Laterals—Relevancy of Issues—Discretion of Commissioners.**

Where, on appeal from an order of county commissioners in proceedings to establish drainage system, while construction of main ditch alone will be conducive to public health, convenience and welfare, yet, **held,** that it would be wisdom for the joint commissioners to determine all matters relating to laterals and dikes in establishing the drainage system; the trial court did not err in so deciding.

(Opinion filed May 6, 1913.)